**JS-6**

# United States District Court
# Central District of California

| | |
|---|---|
| STEVEN A. PRITZ et al.,<br>Plaintiffs,<br>v.<br>E. JAY GOTFREDSON et al.,<br>Defendants. | Case № 2:25-cv-06016-ODW (ADSx)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Granting Defendants' Motions to Dismiss (Dkt. No. 83), it is therefore **ORDERED, ADJUDGED, and DECREED** as follows:

1. Plaintiffs shall recover nothing from Defendants;
2. Plaintiffs' First Amended Complaint is dismissed on the merits and with prejudice.

**IT IS SO ORDERED.**

September 30, 2026

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**